# Exhibit 1

| Ref | Name | Subscribers | Infringement URL | Original Source | Registration Status | Title of Work | Registration Number | Videographer | CMI Claim |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Sathiyam News | 6.4M | https://www.youtube.com/watch?v=1X-IJF04LTg | https://www.facebook.com/wxchasing/videos/638883676443266 | Registered | 5-6-2018 Leilani Estates, Hi Time Lapse of giant lava flow consuming car, telephone pole falling. | PA 2-246-408 | Brandon Clement | No |
| 2 | Sathiyam News | 6.4M | https://www.youtube.com/watch?v=D4D8cVW7kno | https://www.youtube.com/watch?v=_0iII1fdmYA | Registered | 12-25-22 Buffalo Blizzard. | PA 2-401-400 | Brandon Clement | No |
| 3 | Sathiyam News | 6.4M | https://www.youtube.com/watch?v=glv2q-rPpes | https://www.youtube.com/watch?v=Io8DQFtswWU | Registered | 12-25-22 Buffalo Blizzard. | PA 2-401-400 | Brandon Clement | Yes |
| 4 | Sathiyam News | 6.4M | https://www.youtube.com/watch?v=D4D8cVW7kno | https://www.youtube.com/watch?v=qCrwKXNlmK0 | Registered | 12-25-22 Buffalo Blizzard. | PA 2-401-400 | Brandon Clement | Yes |
| 5 | Sathiyam News | 6.4M | https://www.youtube.com/watch?v=2qu2sxTl66w | https://www.youtube.com/watch?v=dJggdY-2XKo | Registered | Birch Tree, Missouri twister tears apart homes. | PA 2-479-403 | Jordan Hall | No |